UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


BILLY RAY HELLARD,

    Petitioner,

v.                                             3:07-cv-144

HOWARD CARLTON, Warden,

    Respondent.


## JUDGMENT ORDER

In accordance with the accompanying Memorandum and Order, the petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court further **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

    **E N T E R:**

                                                       s/ Thomas W. Phillips
                                                   United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT